FILED: May 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4261

(1:14-cr-00289-TDS-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

CASEY STONE PARSONS

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:14-cr-00289-TDS-1 |
| Date notice of appeal filed in originating court: | 05/05/2015 |
| Appellant (s) | Casey Stone Parsons |
| Appellate Case Number | 15-4261 |
| Case Manager | Cathy Poulsen<br>804-916-2704 |